UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEANGELO A. CRANE,

    Plaintiff,

v.                                      Case No.  5:20-cv-271-RV-MJF

CORRECTIONAL OFFICER GODWIN,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court on referral from the clerk of the court.[1] On October 15, 2020, this court ordered Plaintiff to either pay the $400.00 fee for filing this action, or submit a complete application to proceed *in forma pauperis*, within 30 days. (Doc. 3). Plaintiff was warned that failure to comply with the order likely would result in dismissal of this case. (*Id*. at 2). Plaintiff has not complied with the order and has not responded to the December 1, 2020, show cause order. (Doc. 4).[2]

---

[1] The district court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

[2] The show cause order had a 14-day response deadline. (Doc. 4). The clerk of court's initial mailing of the show cause order was returned as undeliverable on December 10, 2020. (Doc. 5). The clerk re-mailed a copy of the order to Plaintiff on December

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.³

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 25th day of January, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**


**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

15, 2020. (Doc. 6). That mail has not been returned. Over 30 days have passed since the show cause order was re-mailed.

³ "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").